# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN GEBAUER, : No. 65 WM 2016
:
Petitioner :
:
:
:
v. :
:
:
:
WASHINGTON COUNTY COMMON :
PLEAS COURT, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and for Extraordinary Relief is **DENIED**.